UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEDRO TOMAS PEREZ PEREZ,<br><br>                  Plaintiff,<br><br>   v.<br><br>JOHN F. KELLY, et al.,<br><br>                  Defendants. | CASE NO. C17-0249JLR<br><br>ORDER |

Plaintiff Pedro Tomas Perez Perez brings this action pursuant to the Administrative Procedures Act ("the APA") and contends that Defendants erred in denying his petition for U nonimmigrant status under 8 U.S.C. § 1101(a)(15)(U). (See Compl. (Dkt. # 1) ¶ 1; JSR (Dkt. # 10) at 2.) The court has received the parties' joint status report ("JSR"). (*See* JSR.) In their JSR, the parties state that they "anticipate that the case will be decided based on one or more dispositive motions" (JSR at 4) and a trial date and other pretrial-related matters are not applicable (*see id.* at 6). Accordingly, the court ORDERS the parties to file a second JSR within ten (10) days of the entry of this

ORDER - 1

order.  Given the parties' representation that this matter can be resolved without a trial, the second JSR must set forth a reasonable proposal for the court's resolution of this matter on the merits.

Dated this 11th day of May, 2017.

JAMES L. ROBART
United States District Judge