UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEDRO TOMAS PEREZ PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>JOHN F. KELLY, et al.,<br><br>Defendants. | CASE NO. C17-0249JLR<br><br>SCHEDULING ORDER |

Pursuant to the parties' Joint Status Report (Dkt. # 10) and Second Joint Status Report (Dkt. # 15), the court sets the following case schedule:

Plaintiff's Motion for Summary Judgment is due July 3, 2017, and shall be noted for September 22, 2017.

Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion is due August 14, 2017.

Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Plaintiff's optional Reply is due August 28, 2017.

ORDER - 1

Defendants' optional Reply is due September 11, 2017.

Dated this 30th day of May, 2017.

JAMES L. ROBART
United States District Judge