UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PEDRO TOMAS PEREZ PEREZ, | Case No. 2:17-cv-00249-JLR |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| GEN. JOHN F. KELLY, Secretary of Homeland Security; *et al.*, | |
| Defendants. | |

Upon due consideration of Defendants' Unopposed Motion for Second Extension of Time in which to File Cross-Motion for Summary Judgment, filed August 28, 2017 (ECF No. 20), and good cause appearing, the Court GRANTS the motion. The following schedule shall now govern the remaining briefing in this matter:

Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion is due September 1, 2017, and shall be noted for October 13, 2017.

Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Plaintiff's optional Reply is due September 18, 2017.

/ / /

/ / /

/ / /

Defendants' optional Reply is due October 2, 2017.

DATED this 29th day of August, 2017.

*[signature]*

The Honorable James L. Robart
United States District Judge

*Presented by:*

*s/ W. Manning Evans*
W. Manning Evans, CA #142446
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation, District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 616-2186; Email: Manning.Evans@usdoj.gov
*Attorney for Defendants*