UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PEDRO TOMAS PEREZ PEREZ, | Case No. 2:17-cv-00249-JLR |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER |
| GEN. JOHN F. KELLY, Secretary of Homeland Security; *et al.*, | |
| Defendants. | |

Upon due consideration of Defendants' Unopposed Motion for Third Extension of Time in which to File Cross-Motion for Summary Judgment, filed September 1, 2017 (ECF No. 22), and good cause appearing, the Court GRANTS the motion. Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion is due September 5, 2017, and shall not exceed a total of 32 pages in length.

/ / /
/ / /
/ / /

The briefing schedule set by the Court's August 29, 2017, order (ECF No. 21) otherwise remains in effect.

DATED this 5th day of Sept., 2017.

_____
The Honorable James L. Robart
United States District Judge

*Presented by:*

*s/ W. Manning Evans*
W. Manning Evans, CA #142446
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation, District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 616-2186; Email: Manning.Evans@usdoj.gov
*Attorney for Defendants*