UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEDRO TOMAS PEREZ PEREZ, | Case No. 2:17-cv-00249-JLR |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| GEN. JOHN F. KELLY, Secretary of Homeland Security; *et al.*, | |
| Defendants. | |

Upon due consideration of Plaintiff's Unopposed Motion for Extension of Time to File Opposition to Defendant's Motion for Summary Judgment and Optional Reply, filed September 15, 2017 (ECF No. 25), and good cause appearing, the Court GRANTS the motion. The following schedule shall now govern the remaining briefing in this matter:

Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Plaintiff's optional Reply are due September 25, 2017.

Defendants' optional Reply is due October 9, 2017.

The parties' motions shall be noted for October 20, 2017.

DATED this 19th day of September, 2017.

_____
The Honorable James L. Robart
United States District Judge

1 | *Presented by:*

2 | *s/ Henry Cruz*
3 | Henry Cruz (WSBA #38799)
4 | Rios & Cruz, P.S.
  | 811 First Ave, Suite 340
5 | Seattle, WA 98104
6 | Tel: (206) 749-5600
  | Fax: (206) 749-5800
7 | Email: henry@rioscruz.com
8 | Attorney for Plaintiff