UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PEDRO TOMAS PEREZ PEREZ, | Case No. 2:17-cv-00249-JLR |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER   *JLR* |
| ELAINE C. DUKE, Acting Secretary of Homeland Security; *et al.*, | |
| Defendants. | |

Upon due consideration of Defendants' Unopposed Motion for Extension of Time in which to File Reply regarding Summary Judgment, filed October 9, 2017, and good cause appearing, the Court GRANTS the motion. Defendants' Reply is due October 16, 2017, and shall be noted for October 27, 2017.

DATED this _10th_ day of _October_, 2017.

_____
The Honorable James L. Robart
United States District Judge

*Presented by:*

s/ *W. Manning Evans*
W. Manning Evans, CA #142446
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation, District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 616-2186; Email: Manning.Evans@usdoj.gov
*Attorney for Defendants*